UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NENG SAYPAO PHA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ROBERT FOX,<br><br>　　　　　Respondent. | No. 2:19-cv-0893 WBS DB P<br><br><br>ORDER |

Petitioner has requested the appointment of counsel. He argues that he cannot afford an attorney, is unable to understand the Federal Rules, is a "layman with respect to the law," and has very limited education. (ECF No. 11.) There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).

However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

////

////

////

////

Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment of counsel (ECF No. 11) is denied without prejudice to a renewal of the motion at a later stage of the proceedings.

Dated: July 23, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-habeas/pha0893.110